**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**CRYSTAL ERVIN**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **CRYSTAL ERVIN,** | No.   2:18-CV-00167-EFB |
| **Plaintiff,** | |
| | **STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **NANCY BERRYHILL, Acting Commissioner of Social Security,** | |
| **Defendant.** | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to August 13, 2018.

This is a first extension made beyond the scheduling order's initial date. Plaintiff's counsel is dealing with four cases where the record was filed on the same day coming days after two further such filings.

[Pleading Title] - 1

Dated: August 1, 2018                                /s/   *Jesse S. Kaplan*
                                                     JESSE S. KAPLAN
                                                     Attorney for Plaintiff


                                                     McGREGOR W. SCOTT
                                                     United States Attorney
                                                     DEBORAH LEE STACHEL
                                                     Regional Counsel, Region IX
                                                     Social Security Administration

Dated: August 1, 2018                                 */s/ per e-mail authorization*
                                                     ELLINOR CODER
                                                     Special Assistant U.S. Attorney
                                                     Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, plaintiff's time to file a motion for summary judgment brief is extended to August 13, 2018.

SO ORDERED.

DATED: August 7, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE