**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**CRYSTAL ERVIN**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| **CRYSTAL ERVIN,** | No.   2:18-CV-00167-EFB |
| **Plaintiff,** | |
| | **STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF** |
| **v.** | |
| **NANCY BERRYHILL, Acting Commissioner of Social Security,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to October 17, 2018.

This extension is requested because plaintiff's counsel had six briefs of various kinds, including four in federal court, due over a three-business-day period ending October 2, 2018, as

[Pleading Title] - 1

well as five hearings, one out of town, and could only reasonably complete three of them. Counsel continues to have other work, too.

Dated:   October 4, 2018                    /s/   *Jesse S. Kaplan*
                                             JESSE S. KAPLAN
                                             Attorney for Plaintiff

                                             McGREGOR W. SCOTT
                                             United States Attorney
                                             DEBORAH LEE STACHEL
                                             Regional Counsel, Region IX
                                             Social Security Administration

Dated:  October 5, 2018                     */s/ per e-mail authorization*
                                             ELLINOR CODER
                                             Special Assistant U.S. Attorney
                                             Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time is granted.  Plaintiff may file a reply brief no later than October 17, 2018.

SO ORDERED.

Dated:  October 11, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE